465 A.2d 702

Smith, Appellant v. Carroll.

Reargument Denied Oct. 3, 1983.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Argued April 6, 1983.   Edmund C. Smith, appellant, in propria persona;   Arthur W. Lefco, for appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The orders of the lower court are affirmed.